NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1414

VERTICAL DOORS, INC.,

Plaintiff-Appellee,

v.

J T BONN INC.
(doing business as J T Autobody and J T Autostyle),
TONY YIP, BILL YIP, and JOHN YIP,

Defendants-Appellants.

Appeals from the United States District Court for the Central District of California in case no. 05-CV-905, Judge James V. Selna.

## ORDER

The court notes that J T Bonn Inc. et al. (Bonn) have not filed a status report within the time set by the court's August 19, 2009 order.

Upon consideration thereof

IT IS ORDERED THAT:

Bonn is directed to file a status report within 30 days of the date of this order and every 90 days thereafter concerning the status of the bankruptcy proceedings and whether the automatic stay is lifted. Any other party may file a status report or respond to a status report.

FOR THE COURT

FEB 2 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2010

cc:   Neal Matthew Cohen, Esq.
      Jeff Grant Kennedy, Esq.
s17

JAN HORBALY
CLERK